387 A.2d 111

Commonwealth v. Woftczak, Appellant.

Argued December 7, 1977. B. Williams, with him Nino V. Tinari, for

appellant; William C. Turnoff, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.